May 23, 2005

Clerk of Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

U. S. DISTRICT COURT - DE
MISC. CASE # 05-104

Re: Huston vs. U.S., et al

Dear Clerk of Court:

Please find enclosed an original and two copies of my Petition to Quash Summons against the IRS and four third parties (custodian or records).

I have enclosed a self-addressed stamped envelope for you to return to me one or two copies of the petition after allowing for how many you need for your records.

Although I am a Attorney Pro Se I have completed the filing of such documents several times in the past without complications and always try to abide by the rules and procedures for filing. Each time I have filed, the clerk of court has classified my filing as a miscellaneous filing subject to a $ 39.00 filing fee. Please find enclosed my money order in the amount of $ 39.00, consistent with those prior filings. Should more fees be necessary please call me at the number below to make other payment arrangements such as a credit card.

By Federal Law (IRC 7609) this petition must be filed within 19 days from May 13, 2005 or before June 1, 2005. I need your help in getting this filed before this date and should there be any complications or questions please call me at the number below.

Also enclosed are several copies of Summons in A Civil Action for each defendant/respondent in the event it is part of your customary process procedures. Some courts require it, some do not. I have also enclosed a civil cover sheet to facilitate your processing.

Your attention, cooperation and expediency in handling this matter will be greatly appreciated.

Sincerely yours,

*Galen R. Huston*

Galen R. Huston
2985 W. Roxboro Rd.
Atlanta, Georgia 30324        ph: 404-237-1233