June 14, 2005

Clerk of Court
J. Caleb Boggs Federal Bldg
844 N. King Street
Wilmington, Delaware 19801     Re: Huston v. U.S., et al  Case # 05-104 KAJ

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir:

    Please find enclosed a <u>Certificate of Service</u> form indicating the Respondents served in the aforementioned case.

    Should you need additional information do not hesitate to contact me at 404-237-1233.

Sincerely yours,

*Galen R. Huston*

Galen R. Huston
2985 W. Roxboro Rd.
Atlanta, Georgia 30324
404-237-1233