05mc104 (KAJ)

**CERTIFICATE OF SERVICE:** I do hereby certify that I properly sent a copy of the Petition to Quash Summons to the following Respondents:

| Date Served | Name and Address | Certified Mail |
|---|---|---|
| 6-01-05 | United States Attorney General<br>5111 Main Justice Bldg<br>950 Pennsylvania Ave.<br>Washington, D.C. 20530 | attached |
| 6-01-05 | U. S. Attorney, J. Caleb Boggs Federal Bldg<br>844 N. King St., Wilmington, De 19801 | attached |
| 6-01-05 | MBNA, Custodian of Records<br>P.O. Box 15021 Wilmington, De 19850 | attached |
| 6-01-05 | Carla Crosby Gamboni, IRS<br>801 Broadway, MDP 130, Nashville, Tn 37203 | attached |

**STATEMENT OF FEES:**

Service fee $ 50.00 Parties served 4 Total $ 200.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing information in this Certificate of Service and Statement of Fees is true and correct to the best of my knowledge.

6-14-05
Date

[signature]
Signature of Server
Address: 2985 W. Roxboro Road
Atlanta, Georgia 30324

Telephone: 404-237-1233

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney's Office
J. Caleb Boggs Federal Bldg
844 N. King Street
Wilmington, DE 19801

2. Article Number (Transfer from service label) 7099 3400 0011 4662

PS Form 3811, February 2004 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]

B. Received by (Printed Name)

D. Is delivery address different from item 1? If YES, enter delivery address below:

RODNEY SQ STA WILMINGTON DE 19801 JUN 7 2005 USPS

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carla Gamboni
INS
801 Broadway MDP 180
Nashville, TN 37203

2. Article Number (Transfer from service label) 7099 3400 0011 4659 7386

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) David W. Stone

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Genl
Honorable Alberto Gonzales
5711 Main Justice Bldg
950 Pennsylvania Ave
Washington, D.C. 20530

2. Article Number (Transfer from service label) 7099 3400 0011 46[...]

PS Form 3811, February 2004 Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]

B. Received by (Printed Name) JUN 06 2005

D. Is delivery address different from item 1? If YES, enter delivery address below:

3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MBNA
Custodian of Records
P.O. Box 15021
Wilmington, DE 19850

2. Article Number (Transfer from service label) 7099 3400 0011 4662 4457

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Rebecca J. Coleman ☐ Agent ☐ Addressee

B. Received by (Printed Name) [signature]

C. Date of Delivery JUN 07 2005

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes




G. R. Huston
2985 W. Roxboro Rd.
Atlanta, Ga. 30324

NORTH METRO GA 30026
PM

USA

U.S.M.S
X-RAY

Clerk of Court
J. Caleb Boggs Federal Bldg
844 N. King Street
Wilmington, Del 19801

19801+3519