IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALEN R. HUSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-mc-104-KAJ |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Respondents. ) | |

**UNITED STATES' RESPONSE TO THE
PETITION TO QUASH SUMMONS**

The United States of America, by undersigned counsel, responds to the petition to quash summons as follows:

1. Admits this is an action under 26 U.S.C. § 7609. Denies the remaining allegations of ¶ 1.

2. Admits that this Court has jurisdiction over this action under 26 U.S.C. § 7609(h) and 28 U.S.C. § 1346. Denies the remaining allegations in ¶ 2.

3. Admits that MBNA is located in this district. The United States is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in ¶ 3.

4. Admits the allegations in ¶ 4.

5. Denies the allegations in ¶ 5.

6. Denies the allegations in ¶ 6.

7. Denies the allegations in ¶ 7.

8. Admits that 26 U.S.C. § 7603 requires that an attested copy of an internal revenue summons be served on the party to whom it is directed. Denies the remaining allegations in ¶ 8.

## AFFIRMATIVE ALLEGATIONS

IN FURTHER RESPONSE and pursuant to 26 U.S.C. § 7609(b)(2), the United States alleges as follows:

1. This Court has subject matter jurisdiction to judicially enforce and compel compliance with internal revenue summonses pursuant to 26 U.S.C. § 7402(b), 7604(a), and 7609(b)(2)(A).

2. Carla Gamboni is a duly commissioned revenue agent, employed in the Abusive Tax Avoidance Transactions Group of the Internal Revenue Service. She is assigned to a post of duty at Nashville, Tennessee.

3. In Revenue Agent Gamboni's capacity as a Revenue agent, she is conducting an investigation into the Federal income tax liability of Galen R. Huston for the years 2001, 2002, and 2003.

4. Based on information developed during R/A Gamboni's investigation, Huston conducts business with, by, or through MBNA.

5. MBNA is located in Wilmington, Delaware.

6. In furtherance of the investigation of Galen R. Huston, and in accordance with 26 U.S.C. § 7602, on May 13, 2005, R/A Gamboni issued an administrative summons, Internal Revenue Service Form 2039, to MBNA. The summons directed MBNA to give testimony and to produce for examination on June 14 2005, books, records, papers, and other documents as described in the attachment summons. The summons requested information of Galen R. Huston in connection with the tax years 2001, 2002, and 2003, as more fully described on the attachment to the summons.

7. R/A Gamboni served the summons on MBNA on May 13, 2005, by sending an attested copy of the summons via certified mail to MBNA's last known address, P. O. Box 15021, Wilmington, Delaware 19850.

8. R/A Gamboni gave notice of the service of the summons to Galen R. Huston on May 13, 2005 by certified mail.

9. MBNA provided documents to R/A Gamboni on or before June 14, 2005. The documents were not reviewed and are being kept under seal pending resolution of the petition to quash.

10. The testimony, books, records, papers, and other data that were sought by the summons directed to MBNA are being kept under seal pending resolution of the petition to quash, but otherwise are not in the possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for issuance of the summons have been followed.

12. It is necessary to obtain the testimony and to examine the books, records, papers, and other data sought by the summons directed to MBNA in order to determine the correct amount of individual income tax for Galen R. Huston for the years 2001, 2002, and 2003

13. As of the date of this response, no "Justice Department referral" is in effect with respect to Galen R. Huston. The Internal Revenue Service has not classified Galen R. Huston as a "tax protestor."

WHEREFORE, the respondent, the United States of America, respectfully prays:

A.  That this Court deny the petition to quash summons;

B.  That this Court enforce the Internal Revenue summons issued on May 13, 2005 to MBNA, requiring compliance with it and specifically directing the summoned party to obey the summons served upon it and each and every requirement thereof, ordering its attendance and testimony and the production of the bank records as required by the terms of the summons before Revenue Agent Carla Gamboni, or any authorized officer of the Internal Revenue Service, at such time and place as may hereinafter be fixed by Revenue Agent Gamboni, or any authorized officer of the Internal Revenue Service, or by this Court, and permitting Revenue Agent Gamboni, or any authorized officer of the Internal Revenue Service, to examine the summoned bank records;

C.  That the United States recover its costs in this action; and

  D.  That the Court grant such other and further relief as may be deemed just and proper under the circumstances.

          COLM F. CONNOLLY
          United States Attorney

     By:  /s/Patricia C. Hannigan
          Patricia C. Hannigan
          Assistant United States Attorney
          Delaware Bar I.D. No. 2145
          The Nemours Building
          1007 Orange Street, Suite 700
          P. O. Box 2046
          Wilmington, DE 19899-2046
          (302) 573-6277
          Patricia.Hannigan@usdoj.gov

          /s/ Jennifer L. Best
          Jennifer L. Best
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 227
          Ben Franklin Station
          Washington, DC 20044
          Telephone (202) 307-0714

Dated:  August 3, 2005

## CERTIFICATE OF SERVICE

      I, Patricia C. Hannigan, hereby certify that on **August 3, 2005**, I electronically filed the foregoing **UNITED STATES' RESPONSE TO THE PETITION TO QUASH SUMMONS,** with the Clerk of Court using CM/ECF. Notification of such filings will be served via Federal Express or United States Mail, First Class, upon the following:

**Galen R. Huston**  
2985 W. Roxboro Road  
Atlanta, GA 30324  
404-237-1233  
*Pro Se*

**Via Federal Express**

**MBNA**  
P.O. Box 15021  
Wilmington, DE 19850

**Via First Class U.S. Mail**

      COLM F. CONNOLLY  
      United States Attorney

By:  /s/Patricia C. Hannigan  
      Patricia C. Hannigan  
      Assistant United States Attorney  
      Delaware Bar I.D. No. 2145  
      The Nemours Building  
      1007 Orange Street, Suite 700  
      P. O. Box 2046  
      Wilmington, DE 19899-2046  
      (302) 573-6277  
      Patricia.Hannigan@usdoj.gov

      /s/ Jennifer L. Best  
      Jennifer L. Best  
      Trial Attorney, Tax Division  
      U.S. Department of Justice  
      P.O. Box 227  
      Ben Franklin Station  
      Washington, DC 20044  
      (202) 307-0714