# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALEN R. HUSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-mc-104-KAJ |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Respondents. ) | |

### MOTION FOR SUMMARY DENIAL OF PETITION TO
### QUASH AND SUMMARY ENFORCEMENT OF SUMMONS

RESPONDENT, the United States of America, by and through its attorneys, moves the Court for summary denial of the petition to quash summons and for summary enforcement of the third-party record-keeper summons at issue in this proceeding. As grounds for this motion, the United States asserts that the petition to quash summons should be denied because petitioner's arguments are without merit.

Instead, the Court should summarily enforce the summons because the United States, by the declaration of Carla Gamboni, has made a prima facie showing that:

- the Internal Revenue Service is conducting an investigation of Galen R. Huston and that investigation is being carried out for a proper purpose;

- the information sought by the summons may be relevant to that purpose;

- the summoned information is not within the possession of the Internal Revenue Service except under seal pending resolution of the petition to quash; and

- the administrative steps required by the Internal Revenue Code have been performed.

These grounds are more fully set forth and discussed in a memorandum in support of this motion, which is served and filed herewith.

The specific relief sought by this motion is an order denying the petition to quash and enforcing the summons issued to MBNA. A proposed form of order is submitted herewith.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

/s/ Jennifer L. Best
Jennifer L. Best
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone (202) 307-0714

Dated: August 3, 2005

**CERTIFICATE OF SERVICE**

      I, Patricia C. Hannigan, hereby certify that on **August 3, 2005**, I electronically filed the foregoing **MOTION FOR SUMMARY DENIAL OF PETITION TO QUASH & SUMMARY ENFORCEMENT OF SUMMONS,** and **proposed ORDER** with the Clerk of Court using CM/ECF. Notification of such filings will be served via Federal Express or United States Mail, First Class, upon the following:

| | |
|---|---|
| **Galen R. Huston**<br>2985 W. Roxboro Road<br>Atlanta, GA 30324<br>404-237-1233<br>*Pro Se*<br><br>**Via Federal Express** | **MBNA**<br>P.O. Box 15021<br>Wilmington, DE 19850<br><br>**Via First Class U.S. Mail** |

                COLM F. CONNOLLY
                United States Attorney

      By:  /s/Patricia C. Hannigan
            Patricia C. Hannigan
            Assistant United States Attorney
            Delaware Bar I.D. No. 2145
            The Nemours Building
            1007 Orange Street, Suite 700
            P. O. Box 2046
            Wilmington, DE 19899-2046
            (302) 573-6277
            Patricia.Hannigan@usdoj.gov

            /s/ Jennifer L. Best
            Jennifer L. Best
            Trial Attorney, Tax Division
            U.S. Department of Justice
            P.O. Box 227
            Ben Franklin Station
            Washington, DC 20044
            (202) 307-0714