IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALEN R. HUSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-mc-104-KAJ |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

Upon the motion of the respondent, the United States, it appearing that the petition to quash summons is without merit, it is

ORDERED that the petition is DISMISSED; and it is further

ORDERED that the motion for summary denial of petition to quash and summary enforcement of summons is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2005.

_____
HONORABLE KENT A. JORDAN
United States District Judge

1047854.1