THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALEN R. HUSTON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>THE UNITED STATES, MBNA, )<br>AMERICAN EXPRESS, CITIBANK )<br>USA and BANK ONE/JP MORGAN )<br>CHASE, )<br>)<br>Respondents. )<br>) | Civil Action No:<br>1:05-mc-00104-KAJ |

## DECLARATION OF CARLA GAMBONI

I, Carla Gamboni, make the following declaration in lieu of a statement under oath, as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the District of Delaware and that it is the legal equivalent of a statement under oath. I hereby certify:

1. I am a duly commissioned Revenue Agent employed in the Abusive Tax Avoidance Transactions Group of the Small Business/ Self Employed Division of Area 8, Internal Revenue Service, which is located at 701 Broadway, Room 407, Nashville, Tennessee.

2. In my capacity as a Revenue Agent, I am conducting a civil examination into the federal tax liabilities of Galen R. Huston for the taxable years 2001, 2002 and 2003. Mr. Huston did not file any federal income tax returns for the taxable years 2001, 2002 and 2003.

3. As part of the foregoing civil examination, and in furtherance thereof, I issued Internal Revenue Service summonses (Form 2039) to Bank One ("Bank One Summons"), MBNA ("MBNA Summons"), American Express ("American Express Summons") and Citibank USA ("Citibank Summons"), pursuant to 26 U.S.C. § 7602. All of the foregoing summonses were issued on May 13, 2005.

4. The Bank One Summons instructed Bank One to appear before me on June 14, 2005 to give testimony and produce for examination certain books, papers, records and other documents specified in the Bank One Summons that were related to Galen R. Huston. In accordance with 26 U.S.C. § 7603, I properly served the Bank One Summons on Bank One by sending an attested copy of the Bank One Summons via certified mail to Bank Ones's last known address, 1 Chase Manhattan Plaza, Legal Dept. 20th Floor, New York, New York 10081. A true and correct copy of the Bank One Summons is attached hereto as Exhibit "A."

5. The MBNA Summons instructed MBNA to appear before me on June 14, 2005 to give testimony and produce for examination certain books, papers, records

and other documents specified in the MBNA Summons that were related to Galen R. Huston. In accordance with 26 U.S.C. § 7603, I properly served the MBNA Summons on MBNA by sending an attested copy of the MBNA Summons via certified mail to MBNA's last known address, P.O. Box 15021, Wilmington, Delaware 19850. A true and correct copy of the MBNA Summons is attached hereto as Exhibit "B."

6. The American Express Summons instructed American Express to appear before me on June 14, 2005 to give testimony and produce for examination certain books, papers, records and other documents specified in the American Express Summons that were related to Galen R. Huston. In accordance with 26 U.S.C. § 7603, I properly served the American Express Summons on American Express by sending an attested copy of the American Express Summons via certified mail to American Express' last known address, 1801 Northwest 66th Avenue, Suite 103, Plantation, Florida 33313. A true and correct copy of the American Express Summons is attached hereto as Exhibit "C."

7. The Citibank Summons instructed Citibank USA to appear before me on June 14, 2005 to give testimony and produce for examination certain books, papers, records and other documents specified in the Citibank Summons that were related to Galen R. Huston. In accordance with 26 U.S.C. § 7603, I properly

served the Citibank Summons on Citibank USA by sending an attested copy of the Citibank Summons via certified mail to Citibank USA's last known address, P.O. Box. 60348, Sioux Falls, SD 57177. A true and correct copy of the Citibank Summons is attached hereto as Exhibit "D."

8. In accordance with 26 U.S.C. § 7609(a), I served notices of the Bank One Summons, the MBNA Summons, the American Express Summons and the Citibank Summons, respectively, on Galen R. Huston, the noticee, by sending copies of all four summonses to Mr. Huston via certified mail to his last known address, 2985 W. Roxboro Road, Atlanta, Georgia 30315.

9. The testimony as well as the books, papers, records and other documents specified in the Bank One Summons, MBNA Summons, American Express Summons and Citibank Summons may throw light on Mr. Huston's federal tax liability for the taxable years 2001, 2002 and 2003.

10. The testimony as well as the books, papers, records and other documents sought by the Bank One Summons, MBNA Summons, American Express Summons and Citibank Summons are relevant and necessary to the civil examination into the federal tax liabilities of Mr. Huston for the taxable years 2001, 2002 and 2003.

11. All administrative steps required by the Internal Revenue Code for the issuance and service of the Bank One Summons, the MBNA Summons, the American Express Summons and the Citibank Summons have been taken.

12. There is no Justice Department referral, as defined by 26 U.S.C. § 7602(d), in effect with respect to Galen R. Huston. The civil examination into Mr. Huston's federal tax liabilities has not been abandoned by the Internal Revenue Service. The Internal Revenue Service has not classified Galen R. Huston as a "tax protestor."

13. The information requested by the Bank One Summons and the Citibank Summons is not already in the possession of the Internal Revenue Service.

14. The information requested by the MBNA Summons was provided by MBNA on or before June 14, 2005. Those documents have not been reviewed and are being kept under seal pending a resolution of this case.

15. The information requested by the American Express Summons was provided by American Express on or before June 14, 2005. Those documents have not been reviewed and are being kept under seal pending a resolution of this case.

16. I have been vested with the authority to issue summonses under the Internal Revenue Code, including 26 U.S.C. § 7602, by the Secretary of the Treasury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___1st___ day of July, 2005.

                                                   _____
                                                   CARLA GAMBONI
                                                   Revenue Agent
                                                   Internal Revenue Service

# Summons



In the matter of Galen R. Huston
Internal Revenue Service (Division): Small Business/Self Employed Division
Industry/Area (name or number): Gulf States Area, Abusive Tax Avoidance Transactions Group
Periods: 2001, 2002, 2003

### The Commissioner of Internal Revenue

**To:** Custodian of Records, Bank One
**At:** 1 Chase Manhattan Plaza, Legal Dept. 20th Floor, New York, New York 10081

You are hereby summoned and required to appear before Carla Gamboni, or authorized designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     _____
Signature of IRS officer serving the summons         Title (Revenue Agent)

**Business address and telephone number of IRS officer before whom you are to appear:**

801 Broadway; MDP 130, Nashville, Tennessee 37203 (615) 250-6069

**Place and time for appearance at** 701 Broadway, Room 407, Nashville, Tennessee 37203

**IRS**

on the 14th day of June, 2005 at 1 o'clock p m.
Issued under authority of the Internal Revenue Code this 13th day of May, 2005.

Department of the Treasury
Internal Revenue Service
www.irs.gov

_____  Revenue Agent
Signature of issuing officer     Title

_____  Group Manager
Signature of approving officer (if applicable)     Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

**GOVERNMENT EXHIBIT A**

Part A - to be given to person summoned



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 5/13/05    Time: 10:30 AM

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: 1 Chase Manhattan Plaza, Legal Dept. 20th Floor, New York, New York 10081

Signature: [signed]    Title: Revenue Agent

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 5/13/05    Time: 10:30 AM

Name of Noticee: Galen R. Huston

Address of Noticee (if mailed): 2985 W. Roxboro Rd. NE, Atlanta, Georgia 30324

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

Signature: [signed]    Title: Revenue Agent

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____    Title: _____

Form 2039 (Rev. 12-2001)

ATTACHMENT TO SUMMONS ISSUED TO: Bank One

<u>ALL OPEN AND CLOSED ACCOUNTS</u>

For the years: 2001 - 2004

All records pertaining to the following individuals and business entities whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian as well as any other entity in which these individuals or entities may have a financial interest: Galen R. Huston ▓▓▓▓▓

To include all accounts in which these individuals had signatory authority and/or the right of withdrawal.

These records should include but are not limited to:

<u>LOAN RECORDS:</u> Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

<u>CREDIT CARD RECORDS:</u> Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

<u>RECORD FORMAT:</u> In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in DVD, CD, or 3 1/2 inch diskette, in ASCII delimited format. A record layout for the data is also requested.



# Summons

In the matter of Galen R. Huston
Internal Revenue Service (Division): Small Business/Self Employed Division
Industry/Area (name or number): Gulf States Area, Abusive Tax Avoidance Transactions Group
Periods: 2001, 2002, 2003

## The Commissioner of Internal Revenue

**To:** Custodian of Records, MBNA
**At:** PO BOX 15021, Wilmington, Delaware 19850

You are hereby summoned and required to appear before Carla Gamboni, or authorized designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
801 Broadway, MDP 130, Nashville, Tennessee 37203 (615) 250-6069

Place and time for appearance at 701 Broadway, Room 407, Nashville, Tennessee 37203

**IRS** on the 14th day of June, 2005 at 1 o'clock p m.
Issued under authority of the Internal Revenue Code this 13th day of May, 2005

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Signature of issuing officer — Revenue Agent / Title
Signature of approving officer (if applicable) — Group Manager / Title

GOVERNMENT EXHIBIT B

Part C — to be given to notice



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5/13/05 | 10:30 AM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
PO BOX 15021, Wilmington, Delaware 19850

| Signature | Title |
|---|---|
| Carlo M. [signature] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 5/13/05    Time: 10:30 AM

Name of Noticee: Galen R. Huston

Address of Noticee (if mailed): 2985 W. Roxboro Rd. NE, Atlanta, Georgia 30324

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| Carlo [signature] | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form 2039 (Rev. 12-2001)

ATTACHMENT TO SUMMONS ISSUED TO: MBNA

FOR THE YEARS: 2001 - 2003

Records relative to Galen (Glen) R. Huston (

Account number: 549099277969 & 520001005104 or any other open and/or closed account in years shown

Such records to include but not limited to:

1. A transcript, ledger card or other record reflecting the dates and amounts of payments to and/or from Galen (Glen) R. Huston.

2. Checks (front and back) issued to and from Galen (Glen) R. Huston.

3. Any application, financial statement, or credit investigation obtained relative to entry into the credit card program.

4. Forms submitted by requesting party each month and your transmittal form to them transmitting and summarizing monthly payments to them.

5. Records explaining participation in your plan, stating the purpose of the payments to them and disclosing the total paid to them in each of the years separately.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in DVD, CD, or 3 1/2 inch diskette, in ASCII delimited format. A record layout for the data is also requested.



# Summons

In the matter of  Galen R. Huston
Internal Revenue Service (Division):  Small Business/Self Employed Division
Industry/Area (name or number):  Gulf States Area, Abusive Tax Avoidance Transactions Group
Periods: 2001, 2002, 2003

### The Commissioner of Internal Revenue

To:  Custodian of Records, American Express
At:  1801 Northwest 66TH Ave., Suite 103, Plantation, FL 33313

You are hereby summoned and required to appear before  Carla Gamboni, or authorized designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
801 Broadway, MDP 130, Nashville, Tennessee 37203 (615) 250-6069

**Place and time for appearance at** 701 Broadway, Room 407, Nashville, Tennessee 37203

**IRS**  on the 14th day of June , 2005 at 1 o'clock p m.
Issued under authority of the Internal Revenue Code this 13th day of May , 2005.

Department of the Treasury
Internal Revenue Service
www.irs.gov

_Signature of issuing officer_       Revenue Agent
_Signature of approving officer (if applicable)_    Group Manager

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Original — to be kept by IRS

GOVERNMENT EXHIBIT C



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 5/13/05

Time: 10:30 Am

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:
1801 Northwest 66TH Ave., Suite 103, Plantation, FL 33313

Signature: _Carla M. [illegible]_   Title: Revenue Agent

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 5/13/05   Time: 10:30 Am

Name of Noticee: Galen R. Huston

Address of Noticee (if mailed): 2985 W. Roxboro Rd. NE, Atlanta, Georgia 30324

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

Signature: _Carla M. [illegible]_   Title: Revenue Agent

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____   Title: _____

Form 2039 (Rev. 12-2001)

ATTACHMENT TO SUMMONS ISSUED TO: American Express

FOR THE YEARS: 2001 - 2003

Records relative to Galen (Glen) R. Huston

Account number: 055906356601231 or any other open and/or closed account in years shown

Such records to include but not limited to:

1. A transcript, ledger card or other record reflecting the dates and amounts of payments to and/or from Galen (Glen) R. Huston.

2. Checks (front and back) issued to and from Galen (Glen) R. Huston.

3. Any application, financial statement, or credit investigation obtained relative to entry into the credit card program.

4. Forms submitted by requesting party each month and your transmittal form to them transmitting and summarizing monthly payments to them.

5. Records explaining participation in your plan, stating the purpose of the payments to them and disclosing the total paid to them in each of the years separately.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in DVD, CD, or 3 1/2 inch diskette, in ASCII delimited format. A record layout for the data is also requested.

Case 1:05-mc-00104-KAJ   Document 8   Filed 08/03/2005   Page 16 of 18



# Summons

In the matter of Galen R. Huston
Internal Revenue Service (Division): Small Business/Self Employed Division
Industry/Area (name or number): Gulf States Area, Abusive Tax Avoidance Transactions Group
Periods: 2001, 2002, 2003

### The Commissioner of Internal Revenue

To: Custodian of Records, Citibank USA
At: PO BOX 60348, Sioux Falls, SD 57117

You are hereby summoned and required to appear before Carla Gamboni, or authorized designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attached

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**
801 Broadway, MDP 130, Nashville, Tennessee 37203 (615) 250-6069

**Place and time for appearance at** 701 Broadway, Room 407, Nashville, Tennessee 37203

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the 14th day of June 2005 at 1 o'clock p m.
Issued under authority of the Internal Revenue Code this 13th day of May, 2005

Signature of issuing officer — Revenue Agent
Signature of approving officer (if applicable) — Group Manager

**GOVERNMENT EXHIBIT D**

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5/13/05 | 10:30 AM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☑ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
PO BOX 60348, Sioux Falls, SD 57117

| Signature | Title |
|---|---|
| *[signed]* | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 5/13/05     Time: 10:30 AM

Name of Noticee: Galen R. Huston

Address of Noticee (if mailed): 2985 W. Roxboro Rd. NE, Atlanta, Georgia 30324

**How Notice Was Given**

☑ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| *[signed]* | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form 2039 (Rev. 12-2001)

ATTACHMENT TO SUMMONS ISSUED TO: Citibank

FOR THE YEARS: 2001 - 2003

Records relative to Galen (Glen) R. Huston (.

Account number: 512107181873, 542418083945, 603532014641, 603532014636 *AND* any other open and/or closed account in years shown

Such records to include but not limited to:

1. A transcript, ledger card or other record reflecting the dates and amounts of payments to and/or from Galen (Glen) R. Huston.

2. Checks (front and back) issued to and from Galen (Glen) R. Huston.

3. Any application, financial statement, or credit investigation obtained relative to entry into the credit card program.

4. Forms submitted by requesting party each month and your transmittal form to them transmitting and summarizing monthly payments to them.

5. Records explaining participation in your plan, stating the purpose of the payments to them and disclosing the total paid to them in each of the years separately.

RECORD FORMAT: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in DVD, CD, or 3 1/2 inch diskette, in ASCII delimited format. A record layout for the data is also requested.