IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALEN R. HUSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-mc-104-KAJ |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Respondents. ) | |

## AFFIDAVIT OF SERVICE

I, **MAUREEN R. DAVIS**, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **August 3, 2005**, I served the foregoing:

**DECLARATION OF CARLA GAMBONI**

by delivering copies of said documents via Federal Express of U.S. Mail, First Class, upon the following:

| | |
|---|---|
| **Galen R. Huston** | **MBNA** |
| 2985 W. Roxboro Road | P.O. Box 15021 |
| Atlanta, GA 30324 | Wilmington, DE 19850 |
| 404-237-1233 | |
| *Pro Se* | **Via First Class U.S. Mail** |
| | |
| **Via Federal Express** | |

_____
Maureen R. Davis
Legal Assistant