

**AFFIDAVIT OF FACT**
**IN THE CASE OF**
**Galen R. Huston, Petitioner**
**vs**
**The United States of America and MBNA**
**Case Number  1:05-mc-00104-KAJ**

I, Galen R. Huston living at 2985 W. Roxboro Road, Atlanta, Georgia 30324, in the County of Fulton, do solemnly swear to or affirm the following facts in the above named case. I present these facts to this Honorable Court and give this testimony as to their accuracy and truthfulness. These facts are as follows:

1) Galen R. Huston is the Petitioner and is not a corporation and is not acting in a corporate capacity. Galen R. Huston is a natural person and an individual who is a resident of the State of Georgia. Galen R. Huston is acting pro-se.

2) The United States of America and MBNA are the respondents.  They are private corporations and have no immunity in these matters.

3) Revenue Agent Carla (Crosby) alias Gamboni states she is performing a civil examination into the federal tax liabilities of Galen R. Huston for the taxable years 2001, 2002 and 2003. Petitioner is not in receipt of any evidence or verification that determines that he is or is not a taxpayer or had "income" as defined by the U.S. Supreme Court.

4) Revenue Agent Carla (Crosby) alias Gamboni must operate only under the scope of her authority and based upon evidence that she can provide into the record.  Petitioner is not in receipt of any written verification of her delegation of authority and/or if she is a duly

1

authorized agent of an undisclosed principal. Petitioner is not in receipt of any written verification of Agent Carla (Crosby) alias Gamboni having administrative tribunal jurisdiction to perform examination procedures on Petitioner. Petitioner is not in receipt of any written verification that declares the jurisdictional authority within which Revenue Agent Carla (Crosby) alias Gamboni and the IRS is authorized to act, in matters as they relate to Petitioner.

5) Petitioner presumes Revenue Agent Carla (Crosby) alias Gamboni is a resident of Tennessee but has not received any written verification. Petitioner is in receipt of written verification she is employed by the Internal Revenue Service in Nashville, Tennessee. Petitioner is not in receipt of any written verification that he owns property, has a legal relationship with the State of Tennessee or operates business in Tennessee as required under long arm jurisdiction of Tennessee or diversity jurisdiction.

6) Petitioner is not in receipt of any written verification that The IRS, Agent alias Gamboni, the DOJ and the AUSA have authority to intrude into the privacy, private affairs and peaceful ownership of property interest as they relate to Petitioner.

7) Petitioner is not in receipt of any written verification that the DOJ has territorial jurisdiction over Petitioner pursuant to Fed. Executive Order 10289 to establish revenue districts that are relative to petitioner.

8) Petitioner is not in receipt of any written verification that credible/competent witnesses exist that have personal knowledge of facts that petitioner has a debt due and owing to an undisclosed principal party of interest.

2

9) Petitioner is not in receipt of any written verification that a real/principal party of interest exist in these matters as they relate to Petitioner.

10) On more than one occasion, Petitioner provided an Affidavit of Authority to Agent Carla (Crosby) alias Gamboni for her completion. Petitioner is not in receipt of an affidavit of authority completed by Agent Carla (Crosby) Gamboni.

11) Petitioner is not in receipt of any written verification that the United States Assistant Attorney has authority to represent an undisclosed principal in these matters as they relate to Petitioner. Petitioner is not in receipt of any written verification that funds have been properly appropriated by the responsible governmental agency necessary for the DOJ to perform these functions and more specifically in matters related to Petitioner and in this particular case.

12) Revenue Agent Carla (Crosby) Gamboni and Deborah Fitzpatrick are principal agents responsible for the carrying out of unlawful actions in question. The carrying out of unlawful actions by agents of the IRS is not limited to these two named agents.

13) Revenue Agent Carla (Crosby) Gamboni has recently changed her last name from Crosby to Gamboni. Petitioner is not in receipt of any written verification explaining this name change.

14) In an attempt to seek information extremely important and vital to the alleged taxes, Galen R. Huston mailed several letters by U.S. Postal Service to the Internal Revenue Service and/or Revenue Agent Carla

(Crosby) Gamboni. Petitioner is not in receipt of any written responses to the majority of those letters.

15) Revenue Agent Carla (Crosby) alias Gamboni has the duty to avoid circulating any literature making fraudulent statements. Galen R. Huston has received literature from Revenue Agent Carla (Crosby) alias Gamboni which shows she failed in her duty to avoid circulating literature making fraudulent statements.

16) The IRS had the duty to instruct its agents in the proper activities that are authorized by law and to refrain from activities that are prohibited by law. The IRS failed to perform such duty.

17) Revenue Agent Carla (Crosby) alias Gamboni's unlawful actions were the proximate cause of damages to Galen R. Huston.

18)Damages suffered by Galen R. Huston were emotional stress, public defamation, financial loss, harassment, and expenses and necessary time consuming activities by Galen R. Huston.

I swear under penalty of perjury that the above statements are true and correct to the best of my knowledge and are not intended to mislead in any way. I am a competent witness and have personal knowledge of these facts. These facts will stand in this action unless refuted by a competent fact witness. If it shall be found that any of the above sworn statements are incorrect, Galen R. Huston will make any necessary corrections.

4

Signed _____

     Galen R. Huston


Dated _____7-29-05_____

Notary: The above signed has appeared before me, sworn or attested to this affidavit, has properly identified himself / herself, and put his / her signature on the Affidavit of Fact. My commission expires: 5-25-2009

SRDJAN GAVRILOVICH
NOTARY PUBLIC
Fulton County, Georgia
My Commission Expires May 25, 2009